a factual issue as to whether plaintiff's claim with regard to what was taken and its value was intentionally misstated. If it was intentionally misstated, a defense to any recovery under the policy would clearly be presented. Accordingly, it was error to grant plaintiff's motion for summary judgment with regard to liability. Concur — Sandler, J. P., Asch, Fein and Kassal, JJ.

■ MAUDE SUTHERLAND et al. v NEW YORK CITY et al. — Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Murphy, P. J., Kupferman, Ross and Carro, JJ.

■ MAUDE SUTHERLAND et al. v NEW YORK CITY et al. — Cross motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Murphy, P. J., Kupferman, Ross and Carro, JJ.

■ SOUTHEAST BANK, N. A., as Personal Representative of TENNESSEE WILLIAMS, Deceased, v JACK LAWRENCE et al. — Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of the Supreme Court, as affirmed by this court, properly made?" Concur — Sandler, J. P., Ross, Carro, Milonas and Kassal, JJ.

■ In the Matter of MYRON S. ROSEN. — Motion granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective March 5, 1985. Concur — Murphy, P. J., Ross, Carro, Bloom and Fein, JJ.

(March 7, 1985)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD NESBITT, Appellant. — Judgment, Supreme Court, New York County (Sheldon Levy, J., at *Mapp* hearing; James Leff, J., at sentence), rendered on January 9, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Sandler, J. P., Sullivan, Milonas and Kassal, JJ.

■ NEW YORK STATE CLUB ASSOCIATION, INC., Appellant, v CITY OF NEW YORK et al., Respondents. — Order, Supreme Court, New York County (Edward Greenfield, J.), entered on